# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| AXCESS GLOBAL SCIENCES, LLC, PRUVIT VENTURES, INC., and UNIVERSITY OF SOUTH FLORIDA RESEARCH FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> FOREVERGREEN INTERNATIONAL, LLC, <br><br> Defendant. | § § § § § § § § § § § § § § Action No.: 4:19-cv-130-KPJ |

## ORDER OF DISMISSAL

Pending before the Court is the parties' Joint Motion to Dismiss All Claims with Prejudice (the "Motion") (Dkt. 74). In the Motion, the parties represent they have resolved their disputes and request that the case be dismissed with prejudice. *See* Dkt. 74. After reviewing the Motion and the record in this case, the Court finds the Motion (Dkt. 74) is **GRANTED**.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that this entire action, and all the claims asserted therein, be **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs.

All relief not previously granted is hereby **DENIED**, and the Clerk is directed to **CLOSE** this civil action.

**So ORDERED and SIGNED this 11th day of December, 2019.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE